OFFICE OF THE CLERK

**MARCIA M. WALDRON**      U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>      TELEPHONE
**CLERK**      FOR THE THIRD CIRCUIT      215-597-2995
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov



November 18, 2015

Colleen Bal Esq.       Jeffrey B. Wall Esq.
Jason O. Barnes Esq.   Michael H. Rubin Esq.
Alan J. Butler Esq.    Marc Rotenberg Esq.
Barry R. Eichen        Stephen M. Orlofsky Esq.
Jeremy Feigelson Esq.
David A. O'Neil Esq.

RE: In Re: Nickleodeon Consumer Pr, et al
Case Number: 15-1441
District Case Number: 2-12-cv-07829
District Case Number: MDL 2443

Dear Counsel:

The Court has directed me to advise counsel in the above-entitled case that oral argument on the merits is scheduled on **Tuesday, December 8, 2015**. Counsel will be allotted **15 minutes** oral argument time for each side, pursuant to 3rd LAR 34.1 (a). Court will convene at **10:00 A.M.** and argument in this matter is scheduled in **The Albert Branson Maris Courtroom , (19th Floor, U.S. Courthouse, 6th & Market Sts., Philadelphia, PA.)** Counsel who will present oral argument should register with the Court Crier <u>in the courtroom</u> 30 minutes prior to the time when court is scheduled to convene.

Counsel should read the [instructions for oral argument](). If multiple parties are arguing for each side, counsel shall file a [division of time form]() (a writeable form), if necessary, through CM/ECF.

Very truly yours,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

By: *Tiffany L. Grier*
Tiffany L. Grier, Calendar Clerk

267-299-4905

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be argued before the following panel**: FUENTES, SHWARTZ and VAN ANTWERPEN, Circuit Judges**