OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



December 1, 2015

Colleen Bal Esq.         Jeffrey B. Wall Esq.
Jason O. Barnes Esq.     Michael H. Rubin Esq.
Alan J. Butler Esq.      Marc Rotenberg Esq.
Barry R. Eichen          Stephen M. Orlofsky Esq.
Jeremy Feigelson Esq.
David A. O'Neil Esq.

RE: In Re: Nickleodeon Consumer Pr, et al
Case Number: 15-1441
District Case Number: 2-12-cv-07829
District Case Number: MDL 2443

Dear Counsel:

In this matter, the panel's request for argument will be limited to three issues:

(1) the New Jersey Computer Related Offenses Act
(2) intrusion upon seclusion under New Jersey common law, and
(3) the Video Privacy Protection Act,

Each side will have 15 minutes argue time which may be divided among the parties.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: *Tiffany L. Grier*
Tiffany L. Grier, Calendar Clerk
267-299-4905